**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avant-Garde, LLC, an Arizona limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Mountain Spa Properties, LLC, a Utah limited liability company; Richard H. Bloomfield and Jane Doe Bloomfield, husband and wife; Bloomfield CFO, PLLC, an Arizona professional limited liability company; Rebecca R. Mendenhall and Nolen Mendenhall, wife and husband; Daniel Byer and Jane Doe Byer, husband and wife; Aaron T. Rennert and Jane Doe Rennert, husband and wife; Timothy R. Forstrom and Jane Doe Forstrom, husband and wife, Beck Locey and Jane Doe Locey, husband and wife,<br><br>    Defendants. | No. CV-10-01499-PHX-NVW<br><br>**ORDER** |

Before the Court is Defendant Nolen Mendenhall's Motion for Judgment on the Pleadings (Doc. 62), seeking dismissal of Avant-Garde's breach of guaranty cause of action. Avant-Garde responds by reiterating accusations of wrongdoing that have no bearing on whether Nolen Mendenhall is liable on the guaranty, and asserting (without elaboration) that "additional facts will come to light [through discovery] to further support Plaintiff's claims before the Court." This is effectively no response at all, and the Court therefore deems the motion conceded.

1   IT IS THEREFORE ORDERED that Defendant Nolen Mendenhall's Motion for
2   Judgment on the Pleadings (Doc. 62) is GRANTED.
3   DATED this 12th day of January, 2011.

_____
Neil V. Wake
United States District Judge