## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Avant-Garde, LLC, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV10-1499-PHX-NVW |
| | ) | |
| v. | ) | |
| | ) | |
| Mountain Spa Properties, LLC, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the Plaintiff and against Defendant Rebecca R. Mendenhall in the principal sum of $1,000,000, with interest accruing at the rate of 24% per annum from February 14, 2008 until paid in full, plus a late fee of 5% of the total amount due when paid. Each party to bear its own attorneys' fees and costs.

JUDGMENT ENTERED this 19th day of Jan. 2012.

BRIAN D. KARTH
District Court Executive/Clerk

s/   D. Taylor
By: Deputy Clerk

cc: (all counsel)