1 Jon A. Titus, #006501
2 John R. Tellier, #005959
David A. Fitzgerald, #020446
3 **TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
4 Scottsdale, Arizona  85255
480-483-9600
5 jtitus@tbl-law.com
jtellier@tbl-law.com
6 dfitzgerald@tbl-law.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avant-Garde, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Mountain Spa Properties, LLC, a Utah limited liability company; Richard H. Bloomfield and Jane Doe Bloomfield, husband and wife; Bloomfield CFO, PLLC, an Arizona professional limited liability company; Rebecca R. Mendenhall and Nolen Mendenhall, wife and husband; Daniel Byer and Jane Doe Byer, husband and wife; Aaron T. Rennert and Jane Doe Rennert, husband and wife; Timothy R. Forstrom and Jane Doe Forstrom, husband and wife; Beck Locey and Jane Doe Locey, husband and wife,<br><br>Defendants. | No. 2:10-cv-01499-PHX-NVW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JANE DOE BYER**<br><br>(Assigned to the Honorable Neil V. Wake) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Avant-Garde, LLC, by and through undersigned counsel, hereby gives notice of voluntary dismissal without prejudice of its action herein against Defendant Jane Doe Byer, no answer or motion for summary judgment having been served by Defendant Jane Doe Byer upon Plaintiff.

A proposed form of order is submitted herewith.

///

RESPECTFULLY SUBMITTED this 20th day of January, 2012.

**TITUS BRUECKNER & LEVINE PLC**

*/s/ Jon A. Titus*
Jon A. Titus
John R. Tellier
David A. Fitzgerald
8355 E. Hartford Drive, Suite 200
Scottsdale, Arizona  85255
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I electronically transmitted the foregoing with the Clerk's office using the ECF System for filing.  The following are those who are currently on the list to receive e-mail notices for this case:

- **David Albrecht Fitzgerald**
  dfitzgerald@tbl-law.com, lehlers@tbl-law.com
- **John R Tellier**
  jtellier@tbl-law.com, lgasik@tbl-law.com
- **Jon A Titus**
  jtitus@tbl-law.com, ssawyer@tbl-law.com
- **Glenn C Hanni**
  ghanni@strongandhanni.com, cstock@strongandhanni.com, intakeclerk@strongandhanni.com
- **Rebecca R Mendenhall**
  beckmendenhall@gmail.com

## Manual Notice List

The following is the list of those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).  A true copy of the foregoing was mailed to the following recipients on January 20, 2012:

Timothy Forstrom
149 W 3540 North
Provo, UT 84604
*Defendant*

2

1
2          Beck Locey
           3031 E 9800 S
3          Sandy, UT 84092
           *Defendant*
4

5
*/s/ Laurie Ehlers*
H:\6001.19\Pleadings\Notice of Dismissal_Jane Doe Byer_Plaintiff_2012 01 20.doc
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3